FILED

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0342

IN THE MATTER OF:

L.W.,

A YOUTH IN NEED OF CARE.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Thomas F. Sapp is granted an extension of time to and including September 19, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2023